# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

128437

ROXANNE JEFFERS,
       Plaintiff-Appellant,

v

MELVIN DORIES and RANDALL DORIES,
       Defendants-Appellees.

SC: 128437
COA: 250199
Oakland CC: 2002-038424-NO

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the March 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk

s1102